# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1109. ANGEL DAVIS v. L & J AUTO SALES & LEASING, LLC.**

After the magistrate court entered judgment for plaintiff Angel Davis, defendant L & J Auto Sales & Leasing, LLC ("L & J") appealed to the State Court of Dougherty County. That court entered judgment in favor of L & J for $354.00, plus costs and post-judgment interest. Davis then filed this direct appeal. We, however, lack jurisdiction.

Pretermitting the issue of the judgment amount, see OCGA § 5-6-35 (a) (6), an appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Thus, Davis' failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/15/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.